Butler v. Commissioner of Social Security

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

# SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT.  CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT′S LOCAL RULE 32.1.1.   WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER").   A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11ᵗʰ day of March, two thousand fifteen.

PRESENT:
> ROBERT A. KATZMANN,
> *Chief Judge,*
> JOHN M. WALKER, JR.,
> DENNY CHIN,
> *Circuit Judges.*

_____

Cynthia Butler,

> *Plaintiff-Appellant*,

> v.                                                                       No. 13-4812

Commissioner of Social Security,

> *Defendant-Appellee*.

_____

FOR PLAINTIFF-APPELLANT**:**     Cynthia Butler, pro se, New York, NY.

DEFENDANT-APPELLEE**:**     Susan C. Branagan, Benjamin H. Torrance, Assistant United States Attorneys, *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

1

Appeal from a judgment of the United States District Court for the Southern District of New York (Forrest, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Cynthia Butler, proceeding pro se, appeals from the district court's November 13, 2013 judgment dismissing her complaint, which sought review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's judgment on the pleadings *de novo*. *Jasinski v. Barnhart*, 341 F.3d 182, 184 (2d Cir. 2003). When reviewing a benefits determination by the Commissioner, "our focus is not so much on the district court's ruling as it is on the administrative ruling." *Id.* (internal quotation marks omitted). Thus, we "review the administrative record *de novo* to determine whether there is substantial evidence supporting the Commissioner's decision and whether the Commissioner applied the correct legal standard." *Machadio v. Apfel*, 276 F.3d 103, 108 (2d Cir. 2002). The substantial evidence standard is "a very deferential standard of review—even more so than the 'clearly erroneous' standard." *Brault v. Soc. Sec. Admin., Comm'r*, 683 F.3d 443, 448 (2d Cir. 2012). "The substantial evidence standard means once an ALJ finds facts, we can reject those facts only if a reasonable factfinder would *have to conclude otherwise*." *Id.* (internal quotation marks omitted).

Here, an independent review of the record and relevant case law reveals that the district court properly granted the Commissioner's motion for judgment on the pleadings and dismissed

Butler's complaint. We affirm for substantially the reasons stated by the district court in its thorough November 8, 2013 order.

We have considered all of Butler's arguments and find them to be without merit. Accordingly, we **AFFIRM** the judgment of the district court.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3